# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Reginald Eugene Wheatfall　　　　　　　　　　　Docket No. 5:08-CR-187-2-BO

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Eugene Wheatfall, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2009, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court.

Reginald Eugene Wheatfall was released from custody on August 5, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a documented history of mental health issues. He recently began exhibiting symptoms of paranoid schizophrenia. Wheatfall was previously under the care of a psychiatrist; however, the psychiatrist is no longer providing services. In order to more closely monitor the defendant's mental status, it is respectfully recommended that his conditions be modified to include that he undergo mental health treatment as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　I declare under penalty of perjury that the
　　　　　　　　　　　　　　　　　　　　　　　　foregoing is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　　　/s/ Debbie W. Starling
Robert L. Thornton　　　　　　　　　　　　　　　　Debbie W. Starling
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (910) 483-8613
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: September 13, 2012

### ORDER OF COURT

Considered and ordered this __21__ day of __September__, 2012, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge