UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5 : 08-CR-187-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REGINALD EUGENE WHEATFALL | ORDER |

This matter comes before the Court upon defendant's unopposed motion for an order discharging defendant's term of supervised release with the United States Probation Office pursuant to 18 U.S.C. § 3583(e)(1) and FRCP 32.1(c).

WHEREFORE, the Court finds that defendant Wheatfall was convicted of one count of conspiracy to distribute and possess with the intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 846. He was sentenced to 33 months imprisonment, followed by a 60 month term of supervised release. Defendant began serving his term of supervised release on August 5, 2009. Defendant has served 47 months of supervised release, which is more than one year of supervision. Defense counsel has spoken with Debbie W. Starling, Supervising Probation Officer, who indicated she does not oppose early termination. Defense counsel has also consulted with Assistant United States Attorney Eric D. Goulian, who has indicated he does not oppose early termination.

1

IT IS THEREFORE ORDERED that defendant Reginald Eugene Wheatfall be discharged from supervision and that the proceedings in the case be terminated.

This 28 day of July, 2013.

*Terrence W. Boyle*
Terrence W. Boyle
United States District Judge